175 A.3d 162

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SHAQUAN BEST, DEFENDANT-PETITIONER.

C–318 September Term 2017
079722

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003607–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.